```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
TRUSTEES OF THE NEW YORK CITY DISTRICT                             :
COUNCIL OF CARPENTERS PENSION FUND,                                :
WELFARE FUND, ANNUITY FUND, AND                                    :   23 Civ. 3163 (JPC)
APPRENTICESHIP, JOURNEYMAN RETRAINING,                             :
EDUCATIONAL AND INDUSTRY FUND et al.,                              :
                                                                   :        ORDER
                            Petitioners,                           :
                                                                   :
            v.                                                     :
                                                                   :
                                                                   :
BLACKSTAR MECHANICAL GROUP 740 INC.,                               :
                                                                   :
                            Respondent.                            :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, District Judge:

Petitioners filed a petition to confirm an arbitration award on April 17, 2023.  Dkt. 1. Respondent was served with the summons and petition on June 13, 2023.  Dkt. 9.  The Court's prior Order, dated July 17, 2023, allowed Respondent to file any opposition to the petition by August 7, 2023.  Dkt. 13.  Respondent has neither appeared in this action nor opposed the petition. The Court will grant one final extension to the deadline for Respondent to file any opposition to the petition until September 6, 2023.  No further extensions will be granted absent extraordinary circumstances.  If Respondent fails to file any opposition by the new deadline, the petition to confirm will be treated as an unopposed motion for summary judgment.  *See D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109-10 (2d Cir. 2006).

Accordingly, it is hereby ORDERED that Respondent shall file any opposition to the petition by September 6, 2023.  Petitioners shall serve this Order upon Respondent electronically

2

and by overnight mail by August 25, 2023, and shall file an affidavit of such service with the Court no later than August 29, 2023.

    SO ORDERED.

Dated: August 23, 2023
       New York, New York

                                       JOHN P. CRONAN
                                United States District Judge