UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND *et al.,*

                Petitioners,                23 **CIVIL** 3163 (JPC)

      -against-                             **JUDGMENT**

BLACKSTAR MECHANICAL GROUP 740 INC.,

                Respondents.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 6, 2024, the Petition is granted, and the Award is confirmed. Blackstar is ordered to provide Petitioners with access to the relevant books and records requested, pursuant to the terms of the Award. The Clerk of Court is respectfully directed to enter judgment of (1) the arbitration award of $2,900, in addition to pre-judgment interest accrued at 9.5 percent per annum from January 25, 2023 through the date of the entry of judgment amounting to $352.49 in pre-judgment interest; (2) $1,101 in attorneys' fees and costs in connection with this litigation; and (3) post-judgment interest to accrue at the statutory rate pursuant to 28 U.S.C. § 1961. Accordingly, the case is closed.

**Dated:**  New York, New York

        May 6, 2024

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:** _____
**Deputy Clerk**